KATHLEEN GOTTFRIED, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 34349.)—

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur. [23 Misc 2d 733.]